**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SYCAMORE IP HOLDINGS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.;<br>VERIZON BUSINESS GLOBAL, LLC; AND<br>VERIZON ENTERPRISE SOLUTIONS, INC.,<br><br>    Defendants. | Civil Action No. 2:16-CV-591-WCB<br><br>**JURY TRIAL DEMANDED** |

## VERIZON DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Verizon Business Global, LLC discloses that it is a wholly owned subsidiary of Defendant Verizon Communications Inc. Verizon Communications Inc. is a publicly held company, and no corporation owns 10% or more of the stock of Verizon Communications Inc. Defendant Verizon Enterprise Solutions, Inc. is no longer an active company.

1

Dated August 1, 2016    Respectfully Submitted,

By: */s/ Frank C. Cimino Jr.*

Michael E Jones
State Bar No. 10929400
mikejones@potterminton.com
Potter Minton, a Professional Corporation
110 N College Avenue Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Frank C. Cimino, Jr.
FCCimino@venable.com
Megan S. Woodworth
MSWoodworth@venable.com
Jonathan L. Falkler
JLFalkler@venable.com
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4569
Facsimile: (202) 344-8300

*Counsel for Defendants Verizon Communications Inc., Verizon Business Global, LLC, and Verizon Enterprise Solutions, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3).  As such, this document was served on all counsel who have consented to electronic service, on this 1st day of August, 2016.

                                            /s/ *Frank C. Cimino, Jr.*
                                            Frank C. Cimino, Jr.